

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00025-CV

_____

NELWYN MILLER, Appellant

V.

JOHN R. MERCY, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 06C1643A-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant, Nelwyn Miller, and appellee, John R. Mercy, have filed with this Court a joint motion to dismiss the pending appeal in this matter and remand the cause to the trial court. The parties represent to this Court they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside without regard to the merits the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Jack Carter
Justice

Date Submitted:     June 26, 2008
Date Decided:       June 27, 2008

2